IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Robert M. Keil | ) | Bankruptcy No.  17-10800 TPA |
|    Debtor | ) | |
| | ) | Chapter 13 |
| Robert M. Keil | ) | Document No. |
|    Movant | ) | |
| | ) | |
|        vs. | ) | |
| | ) | |
| American Express, American Express | ) | |
| Centurion Bank, Bank of America, Butler | ) | |
| Armco FCU, CCB/Dental First, Chase/Bank | ) | |
| One, CitiCards, John W. Felzer Esquire, | ) | |
| Marquette Savings Bank, Matthew Keil, | ) | |
| Office of the United States Trustee, | ) | |
| Orthopedics Associates, PNC Bank,  PNC | ) | |
| Bank Mortgage Services, Pennsylvania | ) | |
| Department of Revenue, Portfolio Recovery | ) | |
| Associates LLC, The Home Depot, US | ) | |
| Department of Education, KML Law Group, | ) | |
| Ronda J. Winnecour | ) | |
|        Respondents | ) | |

## **AMENDED ORDER OF COURT**

AND NOW, to wit this _____ day of _____, 2017 it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Debtor, Robert Keil is allowed to sell the 2006 Ford 500 Sedan for $500.00 to any interested buyer.
2. The proceeds from the sale will be paid directly to the Debtor pursuant to his exemption under 11 U.S.C. Section 522(d)(5).
3. A Report of Sale will be filed within 10 days after the sale of the vehicle.

FURTHER ORDERED:

_____ J