FILED
12/11/17 2:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>)<br>Robert M. Keil )<br>    Debtor )<br>)<br>Robert M. Keil )<br>    Movant )<br>)<br>      vs. )<br>)<br>American Express, American Express )<br>Centurion Bank, Bank of America, Butler )<br>Armco FCU, CCB/Dental First, Chase/Bank )<br>One, CitiCards, John W. Felzer Esquire, )<br>Marquette Savings Bank, Matthew Keil, )<br>Office of the United States Trustee, )<br>Orthopedics Associates, PNC Bank,  PNC )<br>Bank Mortgage Services, Pennsylvania )<br>Department of Revenue, Portfolio Recovery )<br>Associates LLC, The Home Depot, US )<br>Department of Education, KML Law Group, )<br>Ronda J. Winnecour )<br>    Respondents ) | Bankruptcy No.  17-10800 TPA<br><br>Chapter 13<br>Document No.     22 |

### AMENDED ORDER OF COURT

AND NOW, to wit this ___11th___ day of ___December___, 2017 it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Debtor, Robert Keil is allowed to sell the 2006 Ford 500 Sedan for $500.00 to any interested buyer.
2. The proceeds from the sale will be paid directly to the Debtor pursuant to his exemption under 11 U.S.C. Section 522(d)(5).
3. A Report of Sale will be filed within 10 days after the sale of the vehicle.

_____
Thomas P. Agresti, Judge    ljm
U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-10800-TPA
Robert M. Keil                                                            Chapter 13
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0315-1           User: aala                   Page 1 of 1                   Date Rcvd: Dec 11, 2017
                               Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2017.
db             +Robert M. Keil,    8985 Carmon Road,    Hartstown, PA 16131-1329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Robert M. Keil julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4