| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Robert M. Keil** | Social Security number or ITIN | **xxx–xx–8665** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **8/1/17** |
| Case number: | **17–10800–TPA** | Date case converted to chapter **7** | **5/10/18** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Robert M. Keil | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 8985 Carmon Road<br>Hartstown, PA 16131 | |
| **4.** | **Debtor's attorney**<br>Name and address | Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: julie.steidl@steidl–steinberg.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Tamera Ochs Rothschild<br>318 W. Spring Street<br>Titusville, PA 16354 | Contact phone 814–827–2760<br><br>Email: trothschild@gmx.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 5/10/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 10, 2018 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Assembly Room, Crawford County Courthouse, Meadville, PA 16335** |
| **8.**            **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/10/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/19/18**<br><br>**Filing deadline: 1/28/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert M. Keil  
    Debtor

Case No. 17-10800-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: amaz     Page 1 of 2     Date Rcvd: May 10, 2018  
                Form ID: 309B     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2018.
```
db            +Robert M. Keil,    8985 Carmon Road,    Hartstown, PA 16131-1329
aty           +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
14722538      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14669200      +Butler Armco FCU,    PO Box 1589,    Butler, PA 16003-1589
14669201      +CCB/Dental First,    PO Box 182120,    Columbus, OH 43218-2120
14669204      +John W. Felzer Esquire,    PO Box 2163,    Southeastern, PA 19399-2163
14669205      +John W. Felzer Esquire,    435 Devon Park Drive, Building 500,    Wayne, PA 19087-1939
14679554      +Matthew Keil,    207 Northpoint Avenue, Unit C,    High Point, NC 27262-1005
14669208      +Orthopedics Associates,    c/o AR Services Inc,    PO Box 1056,    Blue Bell, PA 19422-0287
14669209      +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
14669210      +PNC Bank Mortgage Services,    PO Box 8703,    Dayton, OH 45401-8703
14736351      +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
14669212      +US Department of Education,    Loop Road Operations Center,    1075 Inner Loop Road,
               Atlanta, GA 30337-6003
14750317       United States Department of Education,    Claims Filing Unit,    Po Box 8973,
               Madison, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: julie.steidl@steidl-steinberg.com May 11 2018 01:46:14     Kenneth M. Steinberg,
               Steidl & Steinberg,    Suite 2830 Gulf Tower.,    707 Grant Street,    Pittsburgh, PA 15219
tr            +EDI: BTOROTHSCHILD.COM May 11 2018 05:28:00      Tamera Ochs Rothschild,    318 W. Spring Street,
               Titusville, PA 16354-1659
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 11 2018 01:46:56      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA 17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 11 2018 01:47:05
               Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
14669197      +EDI: AMEREXPR.COM May 11 2018 05:28:00      American Express,    PO Box 981537,
               El Paso, TX 79998-1537
14669198      +EDI: AMEREXPR.COM May 11 2018 05:28:00      American Express Centurion Bank,    4315 S 2700 West,
               Salt Lake City, UT 84184-0001
14681790       EDI: BECKLEE.COM May 11 2018 05:28:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14669199       EDI: BANKAMER.COM May 11 2018 05:28:00      Bank of America,    PO Box 982238,
               El Paso, TX 79998
14669202      +EDI: CHASE.COM May 11 2018 05:28:00      Chase/Bank One,    PO Box 15298,
               Wilmington, DE 19850-5298
14669203      +EDI: CITICORP.COM May 11 2018 05:28:00      CitiCards,    PO Box 6241,
               Sioux Falls, SD 57117-6241
14738249       EDI: RESURGENT.COM May 11 2018 05:28:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14669206      +E-mail/Text: craig.dombrowski@marquettesavings.com May 11 2018 01:47:54
               Marquette Savings Bank,    920 Peach Street,    Erie, PA 16501-1486
14712482       EDI: PRA.COM May 11 2018 05:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
14669211      +EDI: CITICORP.COM May 11 2018 05:28:00      The Home Depot,    PO Box 6497,
               Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
14669207        Matthew Keil
14679544*      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
14679545*      +American Express Centurion Bank,    4315 S 2700 West,    Salt Lake City, UT 84184-0001
14679546*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
14679547*      +Butler Armco FCU,    PO Box 1589,    Butler, PA 16003-1589
14679548*      +CCB/Dental First,    PO Box 182120,    Columbus, OH 43218-2120
14679549*      +Chase/Bank One,    PO Box 15298,    Wilmington, DE 19850-5298
14679550*      +CitiCards,    PO Box 6241,    Sioux Falls, SD 57117-6241
14679551*      +John W. Felzer Esquire,    PO Box 2163,    Southeastern, PA 19399-2163
14679552*      +John W. Felzer Esquire,    435 Devon Park Drive, Building 500,    Wayne, PA 19087-1939
14679553*      +Marquette Savings Bank,    920 Peach Street,    Erie, PA 16501-1486
14679555*      +Orthopedics Associates,    c/o AR Services Inc,    PO Box 1056,    Blue Bell, PA 19422-0287
14679556*      +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
14679557*      +PNC Bank Mortgage Services,    PO Box 8703,    Dayton, OH 45401-8703
14679558*      +The Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
14679559*      +US Department of Education,    Loop Road Operations Center,    1075 Inner Loop Road,
               Atlanta, GA 30337-6003
                                                                                   TOTALS: 2, * 15, ## 0
```

```
District/off: 0315-1           User: amaz              Page 2 of 2              Date Rcvd: May 10, 2018
                               Form ID: 309B           Total Noticed: 28
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Robert M. Keil julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
                                                                                              TOTAL: 5