IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Robert M. Keil | ) | Bankruptcy No. 17-10800 TPA |
|    Debtor | ) | |
| | ) | Chapter 7 |
| Robert M. Keil | ) | Related to Docket No. 41 |
|    Movant | ) | |
| | ) | |
|           vs. | ) | |
| | ) | |
| American Express, American Express | ) | |
| Centurion Bank, Bank of America, Butler | ) | |
| Armco FCU, CCB/Dental First, Chase/Bank | ) | |
| One, CitiCards, John W. Felzer Esquire, | ) | |
| Marquette Savings Bank, Matthew Keil, | ) | |
| Office of the United States Trustee, | ) | |
| Orthopedics Associates, PNC Bank, PNC | ) | |
| Bank Mortgage Services, Pennsylvania | ) | |
| Department of Revenue, Portfolio Recovery | ) | |
| Associates LLC, The Home Depot, US | ) | |
| Department of Education, KML Law Group, | ) | |
| Ronda J. Winnecour | ) | |
|    Respondents | ) | |

## CERTIFICATE OF SERVICE OF ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7 AND TERMINATING WAGE ATTACHMENT

I, Leslie Nebel, certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 16, 2018.

The type of service made on the parties was Service by First-Class Mail.

If more than one method was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SEE ATTACHED MAILING MATRIX

EXECUTED ON: May 16, 2018

By: /s/ Leslie Nebel
Leslie Nebel
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
412-391-8000
leslie.nebel@steidl-steinberg.com

```
Label Matrix for local noticing        American Express                        American Express Centurion Bank
0315-1                                  PO Box 981537                           4315 S 2700 West
Case 17-10800-TPA                       El Paso, TX 79998-1537                  Salt Lake City, UT 84184-0001
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Fri Nov 10 13:41:01 EST 2017

American Express Centurion Bank        (p)BANK OF AMERICA                       Bank of America, N.A.
c/o Becket and Lee LLP                  PO BOX 982238                           P O Box 982284
PO Box 3001                             EL PASO TX 79998-2238                   El Paso, TX 79998-2284
Malvern  PA 19355-0701


Butler Armco FCU                        CCB/Dental First                        Chase/Bank One
PO Box 1589                             PO Box 182120                           PO Box 15298
Butler, PA 16003-1589                   Columbus, OH 43218-2120                 Wilmington, DE 19850-5298


CitiCards                               John W. Felzer Esquire                  John W. Felzer Esquire
PO Box 6241                             435 Devon Park Drive, Building 500      PO Box 2163
Sioux Falls, SD 57117-6241              Wayne, PA 19087-1939                    Southeastern, PA 19399-2163


Robert M. Keil                          Marquette Savings Bank                  Matthew Keil
8985 Carmon Road                        920 Peach Street                        207 Northpoint Avenue, Unit C
Hartstown, PA 16131-1329                Erie, PA 16501-1486                     High Point, NC 27262-1005


Office of the United States Trustee     Orthopedics Associates                  PNC Bank
Liberty Center.                         c/o AR Services Inc                     PO Box 3180
1001 Liberty Avenue, Suite 970          PO Box 1056                             Pittsburgh, PA 15230-3180
Pittsburgh, PA 15222-3721               Blue Bell, PA 19422-0287


PNC Bank Mortgage Services              Pennsylvania Dept. of Revenue           (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 8703                             Department 280946                       PO BOX 41067
Dayton, OH 45401-8703                   P.O. Box 280946                         NORFOLK VA 23541-1067
                                        ATTN: BANKRUPTCY DIVISION
                                        Harrisburg, PA 17128-0946


Kenneth M. Steinberg                    The Home Depot                          US Department of Education
Steidl & Steinberg                      PO Box 6497                             Loop Road Operations Center
Suite 2830 Gulf Tower.                  Sioux Falls, SD 57117-6497              1075 Inner Loop Road
707 Grant Street                                                                Atlanta, GA 30337-6003
Pittsburgh, PA 15219-1908


James Warmbrodt                         Ronda J. Winnecour
KML Law Group, P.C.                     Suite 3250, USX Tower
701 Market Street                       600 Grant Street
Suite 5000                              Pittsburgh, PA 15219-2702
Philadelphia, PA 19106-1541
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982238
El Paso, TX 79998

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Matthew Keil

(u)PNC BANK, NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients   25
Bypassed recipients    2
Total                 27

FILED
5/10/18 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Robert M. Keil                           :        Bankruptcy No.   17-10800TPA
                                         :        Related Document No.   37
           *Debtor(s)*                   :

ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7
AND TERMINATING WAGE ATTACHMENT

The debtor has filed a notice of conversion in accordance with *11 U.S.C. §1307(a)* converting this case to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code).

It is **ORDERED, ADJUDGED and DECREED** that:

(1)    This case is **CONVERTED** to a case under Chapter 7.

(2)    The wage attachment(s) issued in this case are immediately **TERMINATED**. The Debtor shall serve a copy of this order on the employer(s).

(3)    *Within 14 days* of the date of this Order, the Debtor shall file a schedule of all unpaid debts incurred after the commencement of the Chapter 13 case and before conversion. *Bankruptcy Rule 1019(5)(B)(i).*

(4)    *Within 14 days* of the date of this Order, the Debtor shall file the statements and schedules required by *Bankruptcy Rules 1019(1)(A) & 1007(b)*, if such documents have not already been filed.

(5)    *Within 30 days* of the date of this Order, the Debtor shall file a statement of intention with respect to retention or surrender of property securing consumer debts, as required by *11 U.S.C. §521(a)(2), Bankruptcy Rule 1019(1)(B)* and conforming to *Official Form 8*.

(6)    The Chapter 13 Trustee **FORTHWITH** shall turn over to the Chapter 7 Trustee all records and property of the estate remaining in the Chapter 13 Trustee's custody and control, as required by *Bankruptcy Rule 1019(4)*, except to the extent that the Trustee shall dispose of remaining funds as required by *W.PA. LBR 3021-1(f).*

(7)    *Within 60 days* of the date of this Order, the Chapter 13 Trustee shall file an accounting of all receipts and distributions made. Jurisdiction over the Chapter 13 Trustee's certification of disbursements of funds and final report and account remains assigned to the Honorable Thomas P. Agresti, Bankruptcy Judge.

(8) **Within 30 days** of the date of this Order, the Debtor shall, if the case is converted after the confirmation of a plan, file:

(a) A schedule of all property not listed in the final report and account of the Chapter 13 Trustee which was acquired after the commencement of the Chapter 13 case but before the entry of this conversion order, *Bankruptcy Rule 1019(5)(C)(i)*;

(b) A schedule of unpaid debts not listed in the Chapter 13 Trustee's final report and account, *Bankruptcy Rule 1019(5)(C)(ii)*; and

(c) A schedule of executory contracts entered into or assumed after the commencement of the Chapter 13 case but before the entry of this conversion order, *Bankruptcy Rule 1019(5)(C)(iii)*, and

(d) The schedule of claimants under (b) of this paragraph shall be filed in matrix format. The Clerk shall reject for filing any list of claimants which is not filed in matrix format.

It is **FURTHER ORDERED** that the Clerk shall send the notice required by *Bankruptcy Rule 1019(6)*. If the reports and schedules per Paragraphs 3, 8(b) and 8(c) of this Order are filed in time for the Clerk to include post-petition creditors in the §341 notice mailing, the Clerk shall so include the post-petition creditors in that mailing. If said report and schedules are not filed in time for inclusion of the post-petition creditors in the §341 notice mailing, **within ten (10) days of the filing of said report and schedules**, the Clerk shall send the notice required by *Bankruptcy Rule 1019(6)*.

It is **FURTHER ORDERED** that **within forty-five (45) days** of this Order, all Chapter 13 fee petitions by any professional shall be self-scheduled and filed with the Clerk of the Bankruptcy Court. The fee petition shall be captioned "Chapter 13 Fee Petition in Converted Case" and shall designate the case number as "Bankruptcy No. 17-10800TPA" and the hearing shall be self-scheduled on Judge Agresti's motions calendar.

It is **FURTHER ORDERED** that **within ten (10) days** hereof Counsel for Debtor shall **IMMEDIATELY SERVE** a copy of this Order on all creditors in the above case and shall *file a Certificate of Service* with the Clerk of the Bankruptcy Court.

The Court retains jurisdiction over the Chapter 13 Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Trustee's Final Report and Account, the Chapter 13 Trustee is discharged from her duties in this case.

Dated: May 10, 2018

Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

Case Administrator to serve:
Debtor(s)
Debtor(s) Counsel
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee
Chapter 7 Trustee