IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
|    Robert M. Keil | ) | |
|      Debtor | ) | Case No. 17-10800 TPA |
| | ) | |
| | ) | Chapter 7 |
|   Robert M. Keil | ) | Docket No. |
|     Movant | ) | |

## **RULE 1019 REPORT**

AND NOW, comes the debtor, Robert Keil, by and through his attorney Kenneth M. Steinberg, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1.     This case was commenced on August 1, 2017 when the debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2.     This case was converted to Chapter 7 by Order of Court dated May 10, 2018. Subsequent to the filing of the Chapter 13 petition, but prior to conversion of the case to Chapter 7, the debtor has not entered into or assumed any executory contracts and have not acquired any additional or new property, either real or personal.

WHEREFORE, the debtor, Robert Keil respectfully files this Rule 1019 Report.

Respectfully submitted,

May 16, 2018                    /s/ Kenneth M. Steinberg
DATE                           Kenneth M. Steinberg, Esquire
                               Attorney for the Debtor
                               STEIDL & STEINBERG
                               Suite 2830 – Gulf Tower
                               707 Grant Street
                               Pittsburgh, PA  15219
                               (412) 391-8000
                               PA I. D. No.  31244
                               kenny.steinberg@steidl-steinberg.com