**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ROBERT M. KEIL | Case No.:17-10800 TPA |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/01/2017 and confirmed on 10/03/2017 . The case was subsequently   (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 11,236.00 |
| Less Refunds to Debtor | 5.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | 11,231.00 |
| Administrative Fees | | | |
| Filing Fee | 0.00 | | |
| Notice Fee | 0.00 | | |
| Attorney Fee | 1,464.35 | | |
| Trustee Fee | 481.19 | | |
| Court Ordered Automotive Insurance | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | 1,945.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| MARQUETTE SAVINGS BANK<br>Acct: 5175 | 0.00 | 2,928.70 | 0.00 | 2,928.70 |
| PNC BANK NA<br>Acct: 6433 | 0.00 | 1,141.15 | 0.00 | 1,141.15 |
| MARQUETTE SAVINGS BANK<br>Acct: 5175 | 400.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 6433 | 165.00 | 0.00 | 0.00 | 0.00 |
| BUTLER ARMCO EMPLOYEES CU*<br>Acct: 8665 | 12,134.52 | 1,989.55 | 192.89 | 2,182.44 |
| PNC BANK NA<br>Acct: 4460 | 6,142.26 | 2,783.80 | 249.37 | 3,033.17 |
| | | | | 9,285.46 |
| **Priority** | | | | |
| KENNETH M STEINBERG ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT M. KEIL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-10800 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| ROBERT M. KEIL | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 1,464.35 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4460 | | | | |
| PNC BANK NA | 897.28 | 0.00 | 0.00 | 0.00 |
| Acct: 4460 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS CENTURION BNK | 12,703.13 | 0.00 | 0.00 | 0.00 |
| Acct: 1006 | | | | |
| BANK OF AMERICA NA** | 6,889.69 | 0.00 | 0.00 | 0.00 |
| Acct: 8844 | | | | |
| CCB CREDIT SVCS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1637 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7580 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 9,613.24 | 0.00 | 0.00 | 0.00 |
| Acct: 5173 | | | | |
| AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 8,007.50 | 0.00 | 0.00 | 0.00 |
| Acct: 6588 | | | | |
| UNITED STATES DEPARTMENT OF EDUCA | 15,269.98 | 0.00 | 0.00 | 0.00 |
| Acct: 8665 | | | | |
| UNITED STATES DEPARTMENT OF EDUCA | 12,174.98 | 0.00 | 0.00 | 0.00 |
| Acct: 8665 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW KEIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                          9,285.46

TOTAL CLAIMED
PRIORITY          897.28
SECURED        18,841.78
UNSECURED      64.658.52

Date: 05/31/2018                                          /s/ Ronda J. Winnecour
                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com