FILED
8/30/18 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 17-10800-TPA |
| | : | |
| Robert M. Keil | : | Chapter: 7 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date: 8/30/2018 |
| | : | Time: 10:30 |

**PROCEEDING MEMO**

*MATTER:*  #55 MFRS filed by PNC Bank
          #58 CNO filed

*APPEARANCES:*
          Debtor:    Kenneth M. Steinberg (no appearance)
          Trustee:   Tamera Ochs Rothschild
          PNC Bank:  James Warmbrodt

*NOTES:*

*OUTCOME:*   GRANTED / OE

ljm